# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WADE G. RUPERT, | ) |
|         Plaintiff, | ) No.  CV-12-151-JPH |
| v. | ) ORDER GRANTING STIPULATED MOTION FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|         Defendant. | ) |

**BEFORE THE COURT** is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings, **ECF No. 12**. Rosemary B. Schurman represents Plaintiff. Special Assistant United States Attorney L Jamala Edwards represents Defendant. The parties have consented to proceed before a magistrate judge, ECF No. 6.

After considering the stipulated motion, ECF No. 12, **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

    1. The ALJ will further develop the record by obtaining the services of a medical expert and vocational expert.

    2. The ALJ will reevaluate the medical evidence.

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

3. The ALJ will properly assess the severity of Plaintiff's seizure disorder, reassess credibility, and give proper weight to the opinions of treating physicians.

4. The ALJ will reassess Plaintiff's residual functional capacity.

5. The Appeals Council will affirm the favorable determination on Plaintiff's subsequent application, and the ALJ will consider all additional evidence, including the evidence submitted with the subsequent application.

Because this remand is pursuant to sentence four with a remand to the Commissioner for further proceedings (*see Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412 (a), (d), upon proper request to this Court.

**IT IS FURTHER ORDERED**:

1. The parties' stipulated motion for an order of remand pursuant to sentence four, ECF No. 12, is **granted.**

2. Judgment shall be entered for **Plaintiff.**

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to the parties, and **CLOSE** the file.

**IT IS SO ORDERED**.

**DATED** this 30th day of May, 2012.

                                        *s/James P. Hutton*
                                          JAMES P. HUTTON
                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 3