1

2               UNITED STATES DISTRICT COURT

3               EASTERN DISTRICT OF WASHINGTON

4

5   WADE G. RUPERT,                    )
                                       )
6               Plaintiff,             )
                                       )        NO.  CV-12-0151-JPH
7       vs.                            )
                                       )        **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                 )        **CIVIL CASE**
    Commissioner of Social Security,   )
9                                      )
                Defendant.             )
10                                     )
    _____ )
11

12      **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant to

14  sentence four of 42 U.S.C. § 405(g).

15      **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19          DATED this 30th day of May, 2012.

20                                  JAMES R. LARSEN
                                    District Court Executive/Clerk
21

22

23                                  by:    s/Pamela A. Howard
                                           Deputy Clerk
24

25

26  cc: all counsel